IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVAYA INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No._____ |
| -v- ) | |
| ) | |
| SNMP RESEARCH INTERNATIONAL, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR LEAVE TO FILE COMPLAINT
AND RELATED DOCUMENTS UNDER SEAL**

Plaintiff Avaya Inc. ("Avaya"), by and through its undersigned attorneys, hereby moves this Court for an order in the form attached hereto permitting the filing under seal of the Complaint and exhibits attached thereto, which are contemporaneously submitted to the Court with this Motion. In support of this Motion, Plaintiff states as follows:

Plaintiff seeks to file its Complaint against Defendant SNMP Research International, Inc. (hereinafter "SNMP") under seal because the Complaint refers to matters, including customer information, that requires protection and confidential treatment. The Complaint and exhibits are attached to this motion as Exhibit A.

The undersigned counsel have personally reviewed the Complaint and exhibits to be filed under seal and believe to the best of their knowledge, information, and belief that the documents should be filed under seal.

OF COUNSEL:

Paul R. Gupta
Clifford R. Michel
Toi Frederick
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000

Dated: February 14, 2012

/s/ William J. Wade
William J. Wade (#704)
Wade@rlf.com
Laura D. Hatcher (#5098)
Hatcher@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Plaintiff Avaya Inc.*