## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVAYA INC., | ) |
| Plaintiff, | ) ) ) |
| -v- | ) C.A. No._____ ) |
| SNMP RESEARCH INTERNATIONAL, INC., | ) ) ) |
| Defendant. | ) ) ) |

### RULE 7.1 STATEMENT OF PLAINTIFF AVAYA INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Avaya Inc. states that it is a privately held company owned by affiliates of TPG Capital and Silver Lake Partners, and by members of management, and that no publicly held corporation directly owns 10% or more of its stock.

Of Counsel:

Paul R. Gupta
Clifford R. Michel
Toi Frederick
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000
pgupta@orrick.com
cmichel@orrick.com
tfrederick@orrick.com

*/s/ William J. Wade*
William J. Wade (#704)
Wade@rlf.com
Laura D. Hatcher (#5098)
Hatcher@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Plaintiff Avaya Inc.*

Dated: February 14, 2012