IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVAYA INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. _12- 191_ |
| -v- ) | |
| ) | |
| SNMP RESEARCH INTERNATIONAL, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER PERMITTING FILING OF COMPLAINT UNDER SEAL

WHEREAS, the Court having considered Plaintiff Avaya Inc.'s Motion to File Complaint and Related Documents Under Seal, and good cause having been shown,

IT IS HEREBY ORDERED this __14th__ day of February, 2012, that the motion is GRANTED. The Plaintiff shall file a redacted version no later than February 21, 2012.

_____
United States District Court Judge