# COMPLAINT

# REDACTED IN ITS

# ENTIRETY