IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVAYA INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| -v- | ) ) ) | C.A. No. 12-191-LPS |
| SNMP RESEARCH INTERNATIONAL, INC., | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that Laura D. Hatcher of Richards, Layton & Finger, P.A. hereby withdraws her appearance in this action on behalf of Plaintiff Avaya Inc. Richards, Layton & Finger, P.A. and Orrick, Herrington & Sutcliffe LLP continue to represent Plaintiff.

OF COUNSEL:

Paul R. Gupta
Clifford R. Michel
Toi Frederick
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000

Dated: March 16, 2012

/s/ Laura D. Hatcher
William J. Wade (#704)
Wade@rlf.com
Laura D. Hatcher (#5098)
Hatcher@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Plaintiff Avaya Inc.*

RLF1 5903916v. 1