IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVAYA INC., <br><br> Plaintiff, <br><br> -v- <br><br> SNMP RESEARCH INTERNATIONAL, INC., <br><br> Defendant. | C.A. No. 12-191-RGA |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time for Avaya Inc. to file briefs in response to SNMP Research International, Inc.'s Motion to Dismiss or Transfer (D.I. 7) and Motion to Dismiss and/or Strike (D.I. 8) shall be extended through and including Thursday, April 12, 2012.

/s/ Jason J. Rawnsley
William J. Wade (#704)
Jason J. Rawnsley (#5379)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
wade@rlf.com
rawnsley@rlf.com

*Attorneys for Plaintiff Avaya Inc.*

Dated: March 21, 2012

/s/Karen M. Grivner
Thomas H. Kovach (#3964)
Karen M. Grivner (#4372)
Gregory W. Hauswirth (#5679)
THORP REED & ARMSTRONG, LLP
824 North Market Street, Suite 710
Wilmington, DE 19801
(302) 293-4750
tkovach@thorpreed.com
kgrivner@thorpreed.com
ghauswirth@thorpreed.com

*Attorneys for Defendant SNMP Research International, Inc.*

SO ORDERED this _____ day of _____, 2012.

_____
United States District Judge

RLF1 5915207v. 1