**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AVAYA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-191-RGA-SRF |
| | ) | |
| SNMP RESEARCH INTERNATIONAL, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time for SNMP Research International, Inc. to file reply briefs in response to Avaya Inc.'s Response Brief in Opposition to Defendant's Motion to Dismiss the Complaint or, in the Alternative, Transfer to the Eastern District of Tennessee (D.I. 13) and Avaya, Inc.'s Response Brief in Opposition to Defendant's Motion to Dismiss and or Strike the Complaint (D.I. 14) shall be further extended through and including Thursday May 24, 2012.

IT IS FURTHER HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time for SNMP Research International, Inc. to file an opposition to Avaya, Inc.'s Motion for Preliminary Injunction (D.I. 16) shall be extended through and including Thursday, May 24, 2012. The time for Avaya, Inc. to file a reply in further support of its motion for a Preliminary Injunction shall correspondingly be extended through and including Monday, June 4, 2012.

[Remainder of page intentionally left blank.]

Dated: May 10, 2012

| | |
|---|---|
| /s/ Jason J. Rawnsley | /s/Karen M. Grivner |
| William J. Wade (#704) | Karen M. Grivner (#4372) |
| Jason J. Rawnsley (#5379) | Gregory W. Hauswirth (#5679) |
| RICHARDS, LAYTON & FINGER, P.A. | THORP REED & ARMSTRONG, LLP |
| One Rodney Square | 824 North Market Street, Suite 710 |
| 920 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 250-4749 |
| (302)651-7700 | kgrivner@thorpreed.com |
| wade@rlf.com | ghauswirth@thorpreed.com |
| rawnsley@rlf. com | |
| | *Attorneys for Defendant SNMP Research* |
| *Attorneys for Plaintiff Avaya Inc.* | *International, Inc.* |

SO ORDERED this _____ day of _____, 2012.

_____
The Honorable Sherry R. Fallon
United States Magistrate