IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVAYA INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 12-191-RGA-SRF |
| | ) | |
| SNMP RESEARCH INTERNATIONAL INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

At Wilmington this 15th day of June, 2012.

WHEREAS, on May 1, 2012, the above-captioned matter was referred to this Court for purposes of hearing and resolving all pretrial matters, up to and including the resolution of case-dispositive motions and the Pretrial Conference;

WHEREAS, a Motion to Dismiss or Transfer, which was filed by defendant on March 9, 2012, has been fully briefed (D.I. Nos. 7, 13, 32);

WHEREAS, a Motion to Dismiss, which was filed by defendant on March 9, 2012, has been fully briefed (D.I. Nos. 8, 14, 33);

WHEREAS, a Motion for Preliminary Injunction, which was filed by plaintiff Avaya Inc. on April 16, 2012 has been fully briefed (D.I. Nos. 16, 34, 43);

NOW THEREFORE, IT IS HEREBY ORDERED that a Status Teleconference will be held on **Tuesday, June 26, 2012 at 11:00 a.m.** with Magistrate Judge Fallon to discuss the status of the case, matters relating to the future resolution of the pending motions and procedural matters. Counsel for plaintiffs shall initiate the call to 302-573-4557.

_____
Sherry R. Fallon
UNITED STATES MAGISTRATE JUDGE