IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVAYA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SNMP RESEARCH INTERNATIONAL, )<br>INC., )<br>)<br>Defendant. ) | CA. No. 1:12-cv-00191-RGA-SRF |

## REQUEST FOR ORAL ARGUMENT

Pursuant to District of Delaware Local Rule 7.1.4, defendant, SNMP Research International, Inc. ("SNMPRI"), respectfully requests that, should the Court deny SNMPRI's Motion to Dismiss or Transfer [D.I. 7] or Motion to Dismiss and/or Strike the Complaint [D.I. 8], the Court schedule oral argument on the Motion for Preliminary Injunction filed by Avaya, Inc. [D.I. 16].

Dated: June 21, 2012

THORP REED & ARMSTRONG, LLP

/S/*KAREN M. GRIVNER*
Karen M. Grivner (# 4372)
Gregory W. Hauswirth (# 5679)
824 Market Street, Suite 710
Wilmington, DE 19801
Telephone: (302) 250-4750
Facsimile: (302) 421-9439
Email: kgrivner@thorpreed.com
Email: ghauswirth@thorpreed.com

Dennis Hopkins
PERKINS COIE LLP
30 Rockefeller Plaza, 25th Floor
New York, NY 10112
Telephone: (212) 262-6900
Facsimile: (212) 977-1646
Email: dhopkins@perkinscoie.com

John L. Wood
EGERTON MCAFEE ARMISTEAD & DAVIS, P.C.
900 S. Gay Street
Knoxville, TN 37902
Telephone: (865) 546-0500
Facsimile: (865) 525-5293

{D0001449}

Email: jwood@emlaw.com

*Attorneys for Defendant*
*SNMP Research International, Inc.*