

DLA Piper LLP (US)
919 North Market Street, 15th Floor
Wilmington, Delaware 19801-3046
www.dlapiper.com

Denise S. Kraft
Denise.kraft@dlapiper.com
T  302.468.5645

June 5, 2013

ELECTRONIC FILING AND HAND DELIVERY

The Honorable Sherry R. Fallon
United States Magistrate Judge
United States District Court
Boggs Federal Building
844 North King Street, Unit 14
Wilmington, Delaware 19801

Re:   *Avaya Inc. v. SNMP Research International, Inc.*, C.A. No. 12-191 (RGA) (SRF)

Dear Magistrate Judge Fallon:

We write to inform Your Honor of three developments in the above-referenced matter.

*First*, Paul R. Gupta, counsel for Avaya Inc. ("Avaya"), has joined DLA Piper LLP and will continue to represent Avaya. I will be joining Mr. Gupta in the representation of Avaya.

*Second*, Richard S. Busch is now representing SNMP Research International, Inc. ("SNMP"), in addition to John L. Wood and Karen Grivner.

*Third*, counsel for Avaya and SNMP have agreed to jointly request a status teleconference with Your Honor in the above-captioned action. By way of background, the Court heard oral argument on pending motions on July 30, 2012.

Counsel remain available at the Court's convenience.

Respectfully,

**DLA Piper LLP (US)**

/s/ Denise S. Kraft

Denise S. Kraft (DE No. 2778)

*Counsel for Avaya Inc.*

cc: All Counsel of Record (*via electronic filing and e-mail*)