# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVAYA, INC., et al., | : |
| Plaintiffs, | : |
| v. | : C. A. No. 12-191-RGA |
| SNMP RESEARCH INTERNATIONAL, INC., et al., | : |
| Defendants. | : |

# ORDER

At Wilmington this **7th** day of **January, 2014**.

IT IS ORDERED that a teleconference has been scheduled for **Friday, January 24, 2014 at 10:00 a.m. Eastern Time** with Magistrate Judge Thynge to address a discovery matter. **Edward J. Kosmowski, Esquire shall initiate the teleconference call to 302-573-6173.**

Counsel shall follow the provisions set forth in the "Discovery Dispute Procedures" document found on the Court's website, Judge Thynge's Forms, prior to submitting their letters. The initial letter(s) shall be due no later than **10:00 a.m., Tuesday, January 21, 2014** and shall be limited to no more than **four (4) pages.** The responsive letter(s) shall be due no later than **10:00 a.m., Wednesday, January 22, 2014** and shall be limited to no more than **four (4) pages.** Courtesy copies shall be **Hand Delivered** to the Clerk's Office **within one hour of e-filing.** The Court expects the parties to continue in their efforts to resolve their discovery matter.

Counsel shall also provide Judge Thynge a list of the teleconference participants, by either including the list on a separate page with the letters, or by fax to Chambers at 302-573-6445 at the same time the letters are efiled.  If the list is included with the letters, it will not be counted as part of the four page limitation.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE