# CLARK HILL

Clark Hill
824 N. Market Street
Suite 710
Wilmington, DE 19801
T 302.250.4750
F 302.421.9439

clarkhill.com

October 24, 2014

***Via Electronic Filing and Hand Delivery***

Hon. Mary Pat Thynge
Chief Magistrate Judge
District Court of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 8, Room 2124
Wilmington, DE 19801-3555

Re: *Avaya v. SNMP Research Int'l, Inc., et al.*, Case No. 12-191-RGA-MPT

Dear Judge Thynge:

SNMP Research, Inc. and SNMP Research International, Inc. ("SNMPRI") (collectively "SNMP") submit this letter on behalf of all parties setting forth an initial agreement regarding Avaya Inc.'s ("Avaya") production of source code for inspection.

As ordered by the Court, the parties have worked together to determine what source code should be initially produced. While the parties have not been able to reach a complete agreement by the Court's deadline, the parties now believe they are in a position to actually reach agreement without the Court's further intervention at this time.

Pursuant to the parties' Protective Order, Avaya has agreed to produce source code for each of the following products, to the extent such source code is in its possession:

1. Communication Manager
2. CMSA (a sub-system of certain Avaya products)
3. Integrated Management
4. Communication Manager Messaging-FM
5. Communication Manager Messaging
6. Avaya Aura Messenger
7. Session Manager
8. Gateway Products:
    a. G600
    b. G700
    c. G350 through G450

9. Spectel Products:
   a. S700
   b. S780
   c. Meeting Exchange
10. SIP Enablement Services (or "SES")

Further, the parties have agreed to prioritize the production of source code related to Communication Manager. The parties have not yet reached an agreement on the date the source code will be available for inspection.

This agreement covers only SNMP's initial request. All parties reserve their rights to request additional source code and to raise other potential issues which may arise regarding the production of search code.

Respectfully submitted,

CLARK HILL PLC

/s/ Edward J. Kosmowski

Edward J. Kosmowski (No. 3849)

T 302.250.4750
F 302.421.9439
Email: ekosmowski@clarkhill.com

EJK/sma

cc: Counsel to Avaya (via electronic filing and email)

201518040.3