# CONFIDENTIAL FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVAYA INC., <br><br> Plaintiff, <br><br> v. <br><br> SNMP RESEARCH INTERNATIONAL, INC., *et al.* <br> Defendants. | § <br> § **REDACTED** <br> § **PUBLIC VERSION** <br> § <br> § <br> § C.A. No. 1:12-cv-00191-RGA-MPT <br> § <br> § <br> § <br> § <br> § <br> § |

TO: THE HONORABLE MARY PAT THYNGE

EXHIBITS C TO SNMP RESEARCH INTERNATIONAL, INC.'S
NOVEMBER 16, 2015 LETTER TO THE HONORABLE MARY PAY THYNGE RE:
DISCOVERY DISPUTE

Dated: November 23, 2015

OF COUNSEL:

Richard S. Busch, Esquire
KING & BALLOW
315 Union Street
Suite 1100
Nashville, Tennessee 37201
Telephone: (615) 726-5422
Email: rbusch@kingballow.com

John L. Wood, Esquire
EGERTON, MCAFEE, ARMISTEAD &
DAVIS, P.C.
900 S. Gay Street
Knoxville, Tennessee 37902
Telephone: (865) 546-0500
Facsimile: (865) 525-5293
Email: JWood@emlaw.com

**CLARK HILL PLC**
Edward J. Kosmowski, Esquire (No. 3849)
Karen M. Grivner, Esquire (No. 4372)
824 Market Street, Suite 710
Wilmington, DE 19801
Telephone: (302) 250-4748
Facsimile: (302) 421-9439
Email: ekosmowski@clarkhill.com
Email: kgrivner@clarkhill.com

*Attorneys for Defendant SNMP Research International, Inc.*

203741214

# REDACTED EXHIBIT C IN ITS ENTIRETY