# EXHIBIT N

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVAYA INC., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 12-191- RGA-MPT |
| | § | |
| SNMP RESEARCH INTERNATIONAL, INC., et al. | § | |
| | § | |
| Defendant. | § | |

## DECLARATION OF JOHN L. WOOD, ESQ. IN SUPPORT OF SNMP RESEARCH'S DECEMBER 16, 2015 LETTER TO MAGISTRATE JUDGE THYNGE

I, John Wood, declare as follows:

1.      I am an attorney with the law firm of Egerton, McAfee, Armistead & Davis, P.C., counsel for defendant SNMP Research International, Inc.  I am also counsel for SNMP Research, Inc.  I have personal knowledge of all of the matters to which I attest herein and, if called as a witness, could and would testify competently to such facts under oath.

2.      AVAYA00466427 was produced on September 19, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 15th day of December, 2015 at San Francisco, California.

_____
John L. Wood, Esq.